IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TREVOR DELANEY STEELE,<br><br>        Plaintiff,<br><br>    v.<br><br>JEVAN WEEKS et al.,<br><br>        Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 1:13-CV-11 TC<br><br>District Judge Tena Campbell |

Plaintiff, inmate Trevor Delaney Steele, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 U.S.C.S. § 1915.  Reviewing the Amended Complaint under § 1915(e), in an Order dated October 16, 2013, the Court determined Plaintiff's Amended Complaint was deficient.  The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  More than forty-eight days later, Plaintiff has yet to file anything new.

**IT IS THEREFORE ORDERED** that Plaintiff's Amended Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.  This case is **CLOSED.**

DATED this 4th day of December, 2013.

BY THE COURT:

_Tena Campbell_
JUDGE TENA CAMPBELL
United States District Court